### 8960. CASON *v.* THE STATE.

HARWELL, J. The evidence authorized the verdict, and the trial judge did not err in overruling the motion for new trial, which was based upon the general grounds only. *Strickland* v. *State,* 9 *Ga. App.* 201 (70 S. E. 990).

       *Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*

       DECIDED OCTOBER 31, 1917.

Accusation of making intoxicating liquor, etc.; from city court of Polk county—Judge John K. Davis. May 14, 1917.

The defendant was charged with the offense of manufacturing liquor, and with having in his possession more than two quarts of liquor. He was found guilty, and he filed a motion for new trial on the general grounds only. Briefly stated, the evidence showed a still in active operation; the defendant's presence at the still, with two other persons; that the defendant, from the woods near by, brought to the still an armful of pine-knots and threw them down at the still; that he picked up a jug and carried it to where the other two persons at the still were measuring out whisky; that he squatted down by the side of the "other 'fellow" who was measuring out the whisky, "all close together"; that later, when the officers arrived on the scene, the defendant, with the same two "fellows," was at the still; that all three ran when the officers appeared; that defendant stumbled and fell, jumped up, and continued to run until the officer told him he need not run, as the officer knew him; and that defendant then stopped, but did not say anything. In a subsequent conversation with this officer, de-

fendant stated that he was not there. Other circumstances in evidence need not be recited. The defendant was convicted of manufacturing liquor, and a new trial was denied.

*Irwin & Tison,* for plaintiff in error.

*J. A. Wright, solicitor,* contra.